# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY WHETSTONE, | ) Civil Action No. |
| | ) 2:19-cv-00071-MJH |
| Plaintiff, | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MALONE BUSSING SERVICES, STEVE MALONE and TERESA DARDEN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

HKM EMPLOYMENT ATTORNEYS, LLP         Pion, Nerone, Girman, Winslow & Smith, PC

 /s/ Brian P. Benestad                                              /s/ Paul Custer
Brian P. Benestad, Esq.                                      Paul Custer, Esq.
bbenestad@hkm.com                                         pcuster@pionlaw.com
220 Grant Street                                                  Pion, Nerone, Girman, Winslow & Smith
Suite 401                                                              1500 One Gateway Center
Pittsburgh, PA 15219                                          420 Fort Duquesne Boulevard
                                                                             Pittsburgh, PA 15222

*Attorney for Plaintiff*

*Attorneys for Defendants*